IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO
MAY - 6 2021
MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 21-626 VJ1 |
| ) | |
| vs. ) | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): |
| ) | Possession with Intent to Distribute 500 |
| **DAVID WILLIAM HILL,** ) | Grams and More of Cocaine; |
| Defendant. ) | 18 U.S.C. § 2: Aiding and Abetting |
| ) | |

## INFORMATION

The United States Attorney charges:

On or about January 21, 2021, in Doña Ana County, in the District of New Mexico, the defendant, **DAVID WILLIAM HILL**, unlawfully, knowingly and intentionally possessed with intent to distribute a controlled substance, and the violation involved 500 grams and more of a mixture and substance containing a detectable amount of cocaine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B), and 18 U.S.C. § 2.

## FORFEITURE

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, the Defendant, **DAVID WILLIAM HILL**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

1. PERSONAL PROPERTY

    a. a black Verizon ZTE cell phone;

    b. a dark grey iPhone with navy blue Otter case;

    c. an aqua Huawei cell phone with grey and blue case; and

    d. a large black cell phone (unknown brand) with black Otter case.

FRED J. FEDERICI
Acting United States Attorney

DUSTIN C. SEGOVIA
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax