FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

MAY - 6 2021

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 21-626 VJ1 |
| vs. | ) |
| DAVID WILLIAM HILL, | ) |
| Defendant. | ) |

## WAIVER OF INDICTMENT

**DAVID WILLIAM HILL**, the above named defendant, who is accused of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B): Possession with Intent to Distribute 500 grams and More of a Mixture and Substance Containing a Detectable Amount of Cocaine, and 18 U.S.C. § 2: Aiding and Abetting, being advised of the nature of the charge and of the defendant's rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
DAVID WILLIAM HILL
Defendant

_____
DANIEL RUBIN
Attorney for Defendant

Date: 5-6-21