*Rev. October 3, 2016*

# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 21-626 VJ1 | UNITED STATES vs. HILL |
|---|---|

**Before The Honorable Carmen E. Garza, United States Magistrate Judge**

| Hearing Date: | 5/6/2021 | Time In and Out: | 2:17-2:31 P.M. (14 Min) |
|---|---|---|---|
| Clerk: | B. Wilson | Digital Recording: | LC-Organ |
| Defendant: | DAVID WILLIAM HILL | Defendant's Counsel: | DANIEL RUBIN |
| AUSA: | DUSTIN SEGOVIA | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn
☐ First Appearance
☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.
☒ Deft acknowledges receipt of: **Information**
☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.
☒ Terms and conditions of proposed plea agreement explained.     ☒ Defendant indicates understanding of its terms.
☒ Factual predicate to sustain the plea provided.
☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.
☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).
☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.
☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).
☒ Deft pleads GUILTY to: **Information**
☒ Allocution by Deft on elements of charge(s).
☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.
☒ Deft adjudged guilty.
☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.
☒ Sentencing Date: **to be notified**
☒ Defendant to Remain in Custody
☐ Present conditions of release continued     ☐ Conditions changed to:
☐ Penalty for failure to appear explained
☒ Presentence Report Ordered     ☐ Expedited (Type III)

Rev. October 3, 2016

Other Matters:  DEFENSE MAKES A RECORD OF WHY THIS PLEA CANNOT BE DELAYED ANY FURTHER.  THE COURT FINDS THAT THE DEFENDANT, AFTER CONFERRING WITH COUNSEL, HAS KNOWINGLY AND VOLUNTARILY CONSENTED TO PROCEED BY VIDEO CONFERENCE WITH THE PLEA HEARING, AND WAIVED HIS RIGHT TO APPEAR IN PERSON FOR THE HEARING.  THE COURT FURTHER FINDS THAT IT CANNOT CONDUCT THIS GUILTY PLEA IN PERSON WITHOUT SERIOUSLY JEOPARDIZING PUBLIC HEALTH AND SAFETY.   THE COURT INCORPORATES BY REFERENCE THE LANGUAGE OF THE ADMINISTRATIVE ORDER.  THE COURT FINDS THIS GUILTY PLEA CANNOT BE FURTHER DELAYED WITHOUT DOING SERIOUS HARM TO THE INTERESTS OF JUSTICE.