UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

v.                                                    Case No. **21CR626 KWR**

**DAVID WILLIAM HILL**
Defendant.

### WAIVER OF PERSONAL PRESENCE AT HEARING

I, David William Hill, Defendant, understand that I am scheduled for a Sentencing hearing on September 29, 2021.
                                                                    *Date*

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

Date: August 25, 2021

_____
Defendant's signature

/s/ Daniel Rubin
Signature of defendant's attorney

Daniel N Rubin
Printed name of defendant's attorney