# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## ZOOM SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 21-626 KWR | USA vs.: | HILL |
| Date: | 09/29/2021 | Name of Deft: | DAVID WILLIAM HILL |
| Before the Honorable: | | KEA W. RIGGS, UNITED STATES DISTRICT JUDGE | |
| Time In/Out: | 1:42 PM – 1:57 PM | Total Time in Court (for JS10): | 15 MINUTES |
| Clerk: | JOANN O. STANDRIDGE | Court Reporter: | LCR TORTUGAS- REMOTE |
| AUSA: | RACHEL FEUERHAMMER | Defendant's Counsel: | DANIEL RUBIN |
| Sentencing in: | LAS CRUCES | Interpreter: | N/A |
| Probation Officer: | CESAR ROSILES | Sworn? | Yes / No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | X | Plea | Verdict | As to: | X Information | Indictment |
| If Plea: | X | Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | X | Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | 05/06/2021 | | | PSR: | X Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | | Evidentiary Hearing: | X Not Needed | Needed |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

| | | | |
|---|---|---|---|
| | | Imprisonment (BOP): | **37 MONTHS** |
| Supervised Release: | **2 YEARS** | Probation: | |
| X 500-Hour Drug Program | | BOP Sex Offender Program | OTHER: |
| Court recommends ICE begin removal proceedings immediately or during service of sentence | | | X ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization (if deported) | | | Home confinement for ___ months ___ days |
| | Comply with ICE laws and regulations | | | Community service: 40 hours during first 12 months of TSR |
| X | Participate in / successfully complete subst abuse program / testing (up to 60 test per year) | | X | Reside halfway house: (up to) 6 months |
| X | Participate in/successfully complete mental health program / medication(s) as prescribed by treating physician(s) | | | Register as sex offender |
| X | Refrain from use/possession of alcohol / testing (up to 4 tests per day) | | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | | Possess no sexual material |
| X | Grant limited waiver of confidentiality (subst abuse / mental) | | | Restricted from occupation with access to children |
| | Participate in educational / vocational program | | | No loitering within 100 feet of school yards |
| X | Refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | X | Must not possess, sell, offer for sale, transport, cause to be transported, cause to affect interstate commerce, import, or export any drug paraphernalia. |
| **OTHER:** | | | | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | N/A     ($5,000 JVTA) |
| SPA: $ | 100.00     ($100 as to each Count) | Payment Schedule: | X Due Imm.     Waived |
| OTHER: | CONSISTENT W/A STIPULATION IN THE PLEA AG, THE DEFT FORFEITS HIS RIGHTS, TITLE, AND INTEREST TO THE FOLLOWING ASSETS AND PROPERTIES: (A) A BLACK VERIZON ZTE CELL PHONE (B) A DARK GREY IPHONE W/NAVY BLUE OTTER CASE (C) AN AQUA HUAWEI CELL PHONE W/GREY AND BLUE CASE; AND (D) A LARGE BLACK CELL PHONE (UNKNOWN BRAND) W/BLACK OTTER CASE. | | |

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI LA TUNA, ANTHONY, NM/TX (IF ELIGIBLE) |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |